IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA HAWKINS, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 3:20-cv-1713-X-BN |
| PHH MORTGAGE CORPORATION, | § § § | |
| *Defendant*, | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 15, 2021, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**IT IS SO ORDERED** this 12th day of August 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE