IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA HAWKINS, | § | |
| *Plaintiff,* | § § § | |
| v. | § | No. 3:20-CV-01713-X-BN |
| PHH MORTGAGE CORPORATION, | § § § | |
| *Defendant.* | § | |

## AMENDED FINAL JUDGMENT

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [Doc. No. 23] regarding Defendant PHH Mortgage Corporation's motion to alter the judgement [Doc. No. 22]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

As such, it is **ORDERED** that Defendant PHH Mortgage Corporation's Motion for Summary Judgment [Doc. No. 10] is granted and Plaintiff Gloria Hawkins' claims are dismissed with prejudice.

**IT IS SO ORDERED** this 4th day of October, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE